# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Brandon Michael Sturgeon
    Nycole Lea Sturgeon
        Debtors        Case No: 13-22833-13

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtors' Chapter 13 Plan filed on October 29, 2013. In support of the Trustee's Objection, the court is advised as follows:

1. The debtors are proposing a plan payment of $2,936.01. Schedule J shows the debtors have $7,194.06 available for a plan payment. The plan does not appear to be filed in good faith as the debtors can easily repay all of their creditors.

2. The debtors have failed to remit their 2012 tax returns.

3.

4.

5.

Until the Debtors' Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtors' Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtors' Chapter 13 Plan as proposed for the reasons more fully outlined herein.

        s/ W.H. Griffin, Chapter 13 Trustee
        W.H. Griffin #08060
        6330 LAMAR
        SUITE 110
        OVERLAND PARK, KS 66202-4286
        (913)-677-1311
        (913)-432-7857 (Fax)
        inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee

Brandon Michael Sturgeon
Nycole Lea Sturgeon
308 Edinburgh Road
Lawrence, KS 66049