# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BRANDON MICHAEL STURGEON, and | ) | Case No. 13-22833 |
| NYCOLE LEA STURGEON, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

COMES NOW Nebraska Furniture Mart, by and through its attorney, Peter C. Simonsen of Payne & Jones, Chartered, and for its Objection to Confirmation of Debtors' Plan, states as follows:

1. The Debtors filed a Chapter 13 Voluntary Petition in Bankruptcy on 10/29/13.

2. Nebraska Furniture Mart (NFM) is the holder a secured claim in the amount of $2,214.61 as detailed on its Proof of Claim filed on or about 11/5/13.

3. The Debtors purchased consumer goods from NFM, on credit, dating back to 5/17/11. All the goods are subject to NFM's purchase money security interest.

4. The Debtors' Plan does not provide for payment of NFM's claim.

5. Consistent with the valuation rules of §506 of the Bankruptcy Code and as described in its Proof of Claim, NFM believes the value of the collateral is $2,214.61. The fair market value of the goods purchased 25 and 36 months prior to filing bankruptcy is $2,214.61, 55% of their original retail price.

6. Accordingly, NFM believes its claim should be treated as an allowed secured claim up to the amount of $2,214.61 and an unsecured claim for the balance of $1.456.07.

1

WHEREFORE, for the reasons stated above, Nebraska Furniture Mart prays the Court deny confirmation of the Debtors' Plan as it does not provide for payment of its claim in accordance with §1325(a).

Respectfully Submitted,

**PAYNE & JONES, CHARTERED**

/s/ Peter C. Simonsen
Peter C. Simonsen, KS #24801
psimonsen@paynejones.com
11000 King
P.O. Box 25625
Overland Park, Kansas 66225-5625
Telephone: (913) 469-4100
Facsimile: (913) 469-8182

**ATTORNEYS FOR NEBRASKA FURNITURE MART**

## CERTIFICATE OF SERVICE

I hereby certify that on this **6th day of December, 2013**, a true and correct copy of the above and foregoing Objection to Confirmation of Plan was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and I further certify that a "hard" copy of same was served by U.S. Mail, postage prepaid, properly addressed to:

| | |
|---|---|
| Jonathan C. Becker | Brandon Michael Sturgeon |
| 3120 Mesa Way | Nycole Lea Sturgeon |
| Suite B | 308 Edinburgh Road |
| Lawrence, KS 66049-4203 | Lawrence, KS 66049 |
| ATTORNEY FOR DEBTORS | DEBTORS |

/s/ Peter C. Simonsen
Peter C. Simonsen, KS #24801

**ATTORNEYS FOR NEBRASKA FURNITURE MART**